458 A.2d 257

Commonwealth v. McCarty, Appellant.
Reargument Denied April 12, 1983.

Petition for Allowance of Appeal
Denied Oct. 6, 1983.

Submitted April 27, 1982. Joseph E. Breman, for appellant; Frederick L. John, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and BECK, JJ.

Judgment of sentence affirmed.

BECK, J., filed a memorandum dissenting statement.

455 A.2d 209

Commonwealth v. Offutt, Appellant.
Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Submitted May 19, 1982. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and VAN der VOORT, JJ.

Judgment of sentence affirmed.